IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY W. STOKES, ) <br> # 258 541, ) <br> ) <br>     Petitioner, ) <br> )   CASE NO. 2:15-CV-216-WKW <br> v. )               [WO] <br> ) <br> CARTER DAVENPORT and ) <br> LUTHER STRANGE, ) <br> ) <br>     Respondents. ) | |

## **ORDER**

On April 7, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Northern District of Alabama under the provisions of 28 U.S.C. § 2241(d).

The Clerk of the Court is DIRECTED to take appropriate steps to effectuate the transfer.

DONE this 29th day of April, 2015.

                                                        /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE